NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

———————————

**IN RE: BRANDED LLC,**
*Appellant*

———————————

2018-1828

———————————

Appeal from the United States Patent and Trademark Office, Trademark Trial and Appeal Board in No. 86529647.

———————————

**JUDGMENT**

———————————

JEFFREY FURR, Furr Law Firm, Utica, OH, argued for appellant.

THOMAS L. CASAGRANDE, Office of the Solicitor, United States Patent and Trademark Office, Alexandria, VA, argued for appellee Andrei Iancu. Also represented by THOMAS W. KRAUSE, CHRISTINA J. HIEBER, JOSEPH MATAL, FARHEENA YASMEEN RASHEED.

———————————

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (LOURIE, DYK, and O'MALLEY, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

April 8, 2019

Date

/s/ Peter R. Marksteiner

Peter R. Marksteiner

Clerk of Court